**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:18-cv-02346-MSK-KMT

CARLOS BRITO,

    Plaintiff,

v.

SATELLITE PLAZA, LLC and
LA SINALOENSE BAKERY &
RESTAURANT, LLP,

    Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, CARLOS BRITO and Defendants, SATELLITE PLAZA, LLC and LA SINALOENSE BAKERY & RESTAURANT, LLP, hereby stipulate to the dismissal of this action with prejudice, with each side to bear its attorney's fees and costs.

Jointly submitted this 10th day of September, 2019.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Joseph R. Kummer* |
| ANTHONY J. PEREZ | JOSEPH R. KUMMER |
| GARCIA-MENOCAL & PEREZ, P.L. | Jachimiak Peterson, LLC 555 |
| 1600 Broadway, Suite 1600 | 1819 Denver West Drive |
| Denver, CO 80202 | Suite 265 |
| Telephone: (303) 386-7199 | Golden, Colorado 80401 |
| Primary Email: ajperezlaw@gmail.com | Telephone: (303) 863-7700 |
| Secondary Email: aquezada@lawgmp.com | Facsimile: (303) 830-8772 |
| ddunn@lawgmp.com | E-mail: jkummer@jpfirm.law |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 10th day of September, 2019.

                Respectfully submitted,

                **GARCIA-MENOCAL & PEREZ, P.L.**
                *Attorneys for Plaintiff*
                1600 Broadway, Suite 1600
                Denver, CO 802023
                Telephone: (303) 386-7199
                Primary E-Mail: ajperezlaw@gmail.com
                Secondary E-Mail: aquezada@lawgmp.com
                ddunn@lawgmp.com

                By: _/s/ Anthony J. Perez_____
                   ANTHONY J. PEREZ